RENE CASTILLO
Name

REG. NO. 79508-080
Prison Identification/Booking No.

P.O. BOX 4200
ADDRESS or PLACE OF CONFINEMENT
THREE RIVERS, TX 78071

Note: If represented by an attorney; his name, address & telephone number.

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address.

United States District Court
Southern District of Texas
FILED

MAR 29 2000

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF _____

RENE CASTILLO
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

MICHAEL PURDY, WARDEN
NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE NO. CV C-00-131
To be supplied by the Clerk of the United States District Court

CASE NO. CR _____
Criminal case under which sentence was imposed.

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY
(28 U.S.C § 2241)

INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under pe*nalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of *a mate*rial fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

CIV 27 (7/97)

PAGE 1 OF 9

Upon receipt of a fee of $5.00 your petition w filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. _____ a conviction.

2. _____ a sentence.

3. _____ jail or prison conditions.

4. _____ prison discipline.

5. _____ a parole problem.

6. **Time Credits** other.

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page 2 of 9

## PETITION

1. Place of detention  **F.C.I. THREE RIVERS, TX 78071**

2. Name and location of court which imposed sentence  **WESTERN DISTRICT OF TX., AUSTIN DIVISION, AUSTIN, TX.**

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

    (a)  **98-51184 , 18 USC §922(g)(1) Possession of a Firearm**

    (b) _____

    (c) _____

4. The date upon which sentence was imposed and the terms of the sentence:

    (a)  **DEC. 12, 1997**

    (b) _____

    (c) _____

5. Check whether a finding of guilty was made:

    (a) After a plea of guilty  **XXX**

    (b) After a plea of not guilty _____

    (c) After a plea of nolo contendere _____

6. If you were found guilty after a plea of not guilty, check whether that finding was made by :  **N/A**

    (a) a jury _____

    (b) a judge without a jury _____

7. Did you appeal from the judgment of conviction or the imposition of sentence?

    ( **X** ) YES        ( ) NO

8. If you did appeal, give the following information for each appeal:  **N/A**

    a. (1) Name of court _____

       (2) Result _____

       (3) Date of result _____

       (4) Citation or number of opinion _____

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page 3 of 9

(5) Grounds raised (list each)

(a) _____

(b) _____

(c) _____

(d) _____

b. (1) Name of court _____

(2) Result _____

(3) Date of result _____

(4) Citation or number of opinion _____

(5) Grounds raised (list each)

(a) _____

(b) _____

(c) _____

(d) _____

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

a. Ground one  **See, Memorandum Attached**

Supporting FACTS (tell your story BRIEFLY without citing cases or law).

CAUTION: You must state facts not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time and place.

**See, Memorandum Attached**

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

_____
_____
_____
_____
_____

b. Ground Two _____
_____

Supporting FACTS (Tell your story BRIEFLY without citing cases or law).

_____
_____
_____
_____

c. Ground Three_____
_____

Supporting FACTS (Tell your story BRIEFLY without citing cases or law).

_____
_____
_____
_____
_____
_____

d. Ground Four _____
_____
_____
_____
_____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page 5 of 9

Supporting FACTS (Tell you story BRIEFLY without citing cases or law).

_____
_____
_____
_____
_____
_____
_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?

    ( **X** ) Yes        ( ) No

11. If your answer to Question No. 10 was yes, give the following information:

    a.  (1) Name of Court_____

        (2) Nature of proceeding _____

        (3) Grounds raised _____
            _____
            _____

        (4) Result _____

        (5) Date of result _____

        (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
            _____

    b.  (1) Name of Court_____

        (2) Nature of proceeding _____

        (3) Grounds raised _____
            _____
            _____

        (4) Result _____

        (5) Date of result _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

12. If you did not file a motion under Section 2255 of Title 27\8, United States Code, or if you filed such a motion and it was denied, state why your
    remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

    **28 USC §2255 is inadequate/ineffective in which to grant the relef**

    **requested, because it is a matter of time credits, to be accredits onto my sentence.**

    _____

13. Are you presently represented by counsel?  ( ) Yes  ( **X** ) No

    If so, name, address and telephone number _____

    Case name and court _____

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?

    ( ) Yes  ( **XX** ) No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___March 20, 2000___
                    (Date)

_____Rene Castillo_____
Signature of Petitioner

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY