# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____
MAILED CERTIFIED MAIL ON: 5/2/00
CERTIFIED MAIL # 2582 519 797
RETURN RECEIPT DATED: 5/8/00

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/8/00___
Date

Signature of Server: *Jussell O.L.Oey*

Address of Server: 521 STAR, C.C, TX 78401

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons In a Civil Action

# United States District Court

Southern DISTRICT OF Texas

Corpus Christi Division

00 MAY -1 PM 1:01

Rene Castillo, Petitioner

V.

Michael Purdy, Respondent

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA-C-00-131

United States District Court
Southern District of Texas
FILED

MAY 17 2000

MICHAEL N. MILBY CLERK

TO: (Name and address of defendant)

Janet Reno
Attorney General of the United States
Constitution and Tenth Street, N.W.
Washington, D.C.   20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rene Castillo
#79508-080
P.O. Box 4200
Three Rivers, TX 78071

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                        May 1, 2000
CLERK                                   DATE

(BY) DEPUTY CLERK