United States District Court
Southern District of Texas
FILED

JUN 05 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RENE CASTILLO, #79508-080 | § | |
|     PETITIONER, | § | |
| V. | § | Civil Action No. C-00-131 |
| | § | |
| MICHAEL PURDY, | § | |
|     RESPONDENT. | § | |

## MOTION FOR EXTENSION

The United States of America, ("government"), by and through the United States Attorney for the Southern District of Texas, files this motion for extension of time for 30 days to answer Rene Castillo's ("Castillo") *pro se* petition for writ of habeas corpus by a person in Federal custody under 28 U.S.C. § 2241. In support thereof, the government would respectfully show the Court the following:

On April 28, 2000, United States Magistrate Judge Jane Cooper-Hill signed an order that the government file an answer to Castillo's § 2241 motion within 30 days of receipt of the petition, which would expire on June 7, 2000. The order was filed with the clerk's office on May 1, 2000, and served on the U.S. Attorney's Office on May 8, 2000.

Unfortunately, Castillo did not serve the United States Attorney's Office with his memorandum in support of his petition for writ of habeas corpus by a person in Federal custody under 28 U.S.C. § 2241. Without the memorandum, it's impossible to

-1-

determine the precise nature of his claim for jail credit for his § 2241 petition. The government is in the process of obtaining certain documents from the U.S. District Court Clerk's Office and the Bureau of Prisons at FCI Three Rivers that will assist the government in determining the appropriate response to Castillo's § 2241 motion. Specifically, at a minimum, the United States needs Castillo's memorandum and a Sentury computer printout of his sentence computation from Julie Gerardi, paralegal at FCI Three Rivers. Ms. Gerardi will be out of town the week of June 5, 2000. Additionally, the undersigned attorney has incurred a busy briefing schedule during this time period, including the filing of the following appellee briefs with the U.S. Fifth Circuit Court of Appeals: *U.S. v. Antonio Hernandez-Salgado*, No. 99-21137; *U.S. v. Saul Nieves Morales*, No. 99-20717; *U.S. v. Raymond Patton*, No. 99-20855; *U.S. v. Juan Carlos Guerrero-Suarez*, No. 99-21086; *U.S. v. Kennedy Peter Gamboa*, No. 00-40068; as well as a response in opposition to 28 U.S.C. § 2255 motions in *U.S. v. James Adams Watts*, Crim. No. H 95-163-1 and *U.S. v. Armando Ortiz Hernandez*, Crim. No. H 98-309-2. This motion for extension of time is for a brief period, and is made in good faith, and not for the purpose of delay.

WHEREFORE PREMISES CONSIDERED, the government respectfully requests this Court extend the government's time for filing a response in this matter for 30 days until July 7, 2000.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

\* *Charles Wendlandt AUSA*
DAVID H. PECK
Assistant U.S. Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208-1129
713/567-9369

\* Signed by permission of the attorney-in-charge, David H. Peck

-3-

## CERTIFICATE OF SERVICE

I, David H. Peck, Assistant United States Attorney, do hereby certify that a true and correct copy of the above and foregoing has been mailed on this day, June 5, 2000, via certified mail, return receipt requested to:

Rene Castillo, pro se
No. 79508-080
Three Rivers FCI
P.O. Box 4200
Three Rivers, Texas 78071

                                     DAVID H. PECK
                                     Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RENE CASTILLO, #79508-080 | § | |
|     PETITIONER, | § | |
| V. | § | Civil Action No. C-00-131 |
| | § | |
| MICHAEL PURDY, | § | |
|     RESPONDENT. | § | |

## ORDER

The United States' motion for a 30-day extension of time to file its answer to Rene Castillo's *pro se* petition for writ of habeas corpus by a person in Federal custody under 28 U.S.C. § 2241 until **July 7, 2000**, is hereby GRANTED.

 

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE