# United States District Court

Southern **DISTRICT OF** Texas

Corpus Christi Division

Rene Castillo, Petitioner

V.

Michael Purdy, Respondent

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  CA-C-00-131

TO: (Name and address of defendant)

Mervyn M. Mosbacker
U.S. Attorney, SDTX
910 Travis Street, Suite 1500
P.O. Box 61129
Houston, TX 77207

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rene Castillo
#79508-080
P.O. Box 4200
Three Rivers, TX 78071

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
_____
CLERK

May 1, 2000
_____
DATE

_____
(BY) DEPUTY CLERK

Case 2:00-cv-00131   Document 7   Filed in TXSD on 06/06/2000   Page 2 of 2

# United States District Court

**Southern** DISTRICT OF **Texas**

Corpus Christi Division

Rene Castillo, Petitioner

**SUMMONS IN A CIVIL CASE**

## V.

Michael Purdy, Respondent

CASE NUMBER:  CA-C-00-131

TO: (Name and address of defendant)

> Mervyn M. Mosbacker
> U.S. Attorney, SDTX
> 910 Travis Street, Suite 1500
> P.O. Box 61129
> Houston, TX  77207

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

> Rene Castillo
> #79508-080
> P.O. Box 4200
> Three Rivers, TX  78071

an answer to the complaint which is herewith served upon you, within _____ **30** _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **Michael N. Milby** | **May 1, 2000** |
| CLERK | DATE |

_Dara L. Pry_

(BY) DEPUTY CLERK