United States District Court
Southern District of Texas
ENTERED

JUL - 5 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RENE CASTILLO, #79508-080 | § | 10. |
| PETITIONER, | § | |
| V. | § | Civil Action No. C-00-131 |
| | § | |
| MICHAEL PURDY, | § | |
| RESPONDENT. | § | |

## ORDER

The United States' motion for a 30-day extension of time to file its answer to Rene Castillo's *pro se* petition for writ of habeas corpus by a person in Federal custody under 28 U.S.C. § 2241 until **July 5, 2000**, is hereby GRANTED.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE