IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 8 2000

Michael N. Milby, Clerk of Court

RENE CASTILLO §
                              §            12 .
V.                            §    C.A. NO.  C-00-131
                              §
MICHAEL PURDY §

### ORDER STRIKING PLEADING

Respondent has filed his Answer, Motion to Dismiss, and

Supporting Brief (D.E. 11).

The pleading seeks dismissal of the petition for failure to

exhaust and on the merits.  Id. at 3.  Respondent advises the

Court that

> "[I]n support of its position that Castillo's writ
> should be denied, the United States relies on the
> litigation report dated June 30, 2000, from Julie H.
> Gerardi, Paralegal Specialist with the BOP at FCI Three
> Rivers...which sets forth in detail Castillo's failure
> to exhaust his administrative remedies."

The report, attached as Exh. 1 to the motion, is an 8-page

report "prepared in response to [counsel's] request for

assistance in the ...case," which contains Ms. Gerardi's factual

and legal analysis as well as her recommendations as to the

appropriate pleadings to file.

Respondent's attorney several times defers to the report to

support the requested relief:  "As Ms. Gerardi's litigation

report explains...."  (Id. at 3); "As explained in Ms. Gerardi's

litigation report...."  (Id. at 4).

However confident counsel may be in Ms. Gerardi's factual and legal analysis of the issues in this case, her litigation report does not constitute "authority" which may be cited to the Court. Nor, of course, is it evidence. The report is merely the work product of a non-attorney. Only attorneys may file pleadings or memoranda on behalf of a client. The extent to which respondent's attorney relies upon or even adopts verbatim such work product in preparing his pleadings will be governed by his independent professional judgment and Fed. R. Civ. P. 11(b), but the Court should not be asked to consider such sources directly.

Accordingly, the pleading (D.E. 11) is stricken without prejudice. Respondent shall re-file the pleading, in more appropriate form, within 10 days of entry of this order.

SIGNED this ___17___ day of July 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE