July 17, 2000

Clerk, U.S. District Court
Southern District of Texas
Corpus Christi Division
521 Starr St. #101
Corpus Christi, Tx 78401

United States District Court
Southern District of Texas
FILED

JUL 19 2000

MICHAEL N. MILBY, CLERK

Re; Castillo versus Purdy, Civil Action No. C-00-131
    Default Judgment

Dear Clerk:

In Civil Case No. C-00-131, the Government filed their Motion for Extension of Time in which to Answer my 28 U.S.C. §2241 Petition.

On July 5, 2000, the Court issued a order, granting the Government until July 5, 2000 in which to file it's Answer.

However, it is now July 17, 2000, and the Government has yet to file it's Answer. Because the Government has failed to Answer my Petition as so ordered by the Court, I respectfully request that you enter Default Judgment against the Government, pursuant to Rule 55, Fed. R. Civ. P.

Respectfully Submitted,

*Rene Castillo* (signature)

Rene Castillo
Reg. No. 79508-080
P.O. Box 4200 (JW-B)
Three Rivers, Tx 78071

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above request for Entry of Default, and Default Judgment was mailed this 17th day of July, 2000, with first class postage prepaid to the following party:

David H. Peck
Assistant U.S. Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Tx 77208-1129

*Rene Castillo* (signature)

Rene Castillo

13.