United States District Court
Southern District of Texas
ENTERED

JUL 27 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RENE CASTILLO | § § | |
| VS. | § § | C.A. NO. C-00-131 |
| MICHAEL PURDY | § | |

## ORDER DENYING PETITIONER'S MOTION FOR DEFAULT JUDGMENT

Petitioner Rene Castillo ("Castillo") filed this habeas corpus action on March 29, 2000, seeking credit on his federal sentence for time spent in state custody (DE #1, #2). On July 8, 2000, respondent filed his answer and motion to dismiss (DE #11).[1] Castillo now moves for default judgment on the grounds that respondent has failed to file an answer (DE #13).

Default judgment is not appropriate in a habeas corpus proceeding because the failure of respondent to file an answer does not entitle petitioner to habeas corpus relief. See e.g., Wiggins v. Procunier, 753 F.2d 1318, 1321 (5th Cir. 1985), citing United States ex rel Mattox v. Scott, 507 F.2d 919, 924 (7th Cir. 1974)(holding that default judgment is not an appropriate remedy for a state's failure to answer a habeas corpus petition); Gordon v. Duran, 895 F.2d 610, 612 (9th Cir 1990)("[t]he failure to respond to claims raised in a petition for habeas corpus does not entitle the petitioner to a default judgment"). Moreover, in this case, respondent has appeared and filed a motion to dismiss; although that pleading was struck, it was struck without prejudice

---

[1]This pleading was struck without prejudice because it relied on work product of a non-attorney (DE #12).

and it is anticipated that the pleading will be re-filed. Castillo's motion for default judgment is DENIED.

ORDERED this 26 day of July, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com