Clerk of Court
U.S. District Court
521 Starr St., #101
Corpus Christi, Tx 78401

United States District Court
Southern District of Texas
FILED

AUG 23 2000

MICHAEL N. MILBY CLERK

Re: RENE CASTILLO vs. MICHAEL PURDY, WARDEN
CAUSE NO. C-00-131

Dear Clerk:

    I am currently awaiting response by the Defendant-Michael Purdy, to my pending **28 USC §2241** Petition; defendants response is due any day.

    However, I was informed by the Institution today, that I would be transferred to another institution on (8-9-2000). I was designated to F.C.I. Bastrop, Texas. But, I will first be taken to the Oklahoma City Transit Center, and held approximately several weeks or more.

    Thus, I would like this letter to serve as a Motion For Extension in which to reply to any Response filed by the Defendant (If the Defendants response is filed while in transit); also, this is to notify the Court that my address will be changed, and as soon as I know the new address, I will forward it to the Court.

Date: _____

Respectfully,

Rene Castillo

Rene Castillo
Reg. No. 79508-080
P.O. Box 4200
Three Rivers, Tx 78071

P.S. Several changes have taken place since I, typed this letter. First I am being designated to F.C.I. Beaumont, Texas. Second all my personal possession were seized to get me ready for transfer. So I don't have access to my paperwork would the Clerk please fill in the cause no. on the upper left corner.

Thank you.

16