08/30/00

U.S. DISTRICT COURT
CLERK OF THE COURT
521 STARR ST. STE. 101
CORPUS CHRISTI, TX 78401

CASE NO. CA-C-00-131

RE: §2241/CHANGE OF ADDRESS

United States District Court
Southern District of Texas
FILED

SEP - 5 2000

MICHAEL N. MILBY CLERK

DEAR CLERK OF THE COURT,

    I am writing in regards for a change of address. I newly arrived at this Institute and I don't have access to any of my legal material at this time. That is the reason that I didn't submit a Case Number.

    My new address is as follows:

RENE CASTILLO
REG. NO. 79508-080
P.O. BOX 26020
BEAUMONT, TX 77720

RESPECTFULLY SUBMITTED,

Rene Castillo
RENE CASTILLO



CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 05 2000
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

17.