United States District Court
Southern District of Texas
ENTERED

DEC 1 2 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RENE CASTILLO, | § | |
|      Petitioner, | § | |
| | § | |
| V. | § | C.A. NO. C-00-131 |
| | § | |
| M.A. PURDY, WARDEN, | § | |
| FCI THREE RIVERS, | § | |
|      Respondent. | § | |

**FINAL JUDGMENT**

In accordance with the Court's Order dismissing without prejudice the § 2241 petition, the Court hereby enters Final Judgment of dismissal without prejudice of Petitioner Rene Castillo's petition under 28 U.S.C. § 2241.

ORDERED on this the 11th day of December, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE